[Nos. 30694-1-III; 30698-4-III.   Division Three.   December 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JACOB
ZUVELA SR. ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for
Yakima County, No. 11-1-00128-3, Ruth E. Reukauf, J.,
entered February 8, 2012. *Affirmed in part* and *remanded
with instructions* by unpublished opinion per Siddoway, J.,
concurred in by Korsmo, C.J., and Fearing, J.

[No. 30732-8-III.   Division Three.   December 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
MARTINEZ JR., *Appellant*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 10-1-00043-9, William D. Acey, J., entered
March 27, 2012. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 68329-2-I.   Division One.   December 30, 2013.]

THE FERGUSON FIRM, PLLC, *Appellant*, v. TELLER &
ASSOCIATES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-19221-1, Mariane C. Spearman, J., entered
February 16, 2012. *Affirmed* by unpublished opinion per
Dwyer, J., concurred in by Schindler and Verellen, JJ.

[No. 68451-5-I.   Division One.   December 30, 2013.]

WENDY PEDERSEN, *Petitioner*, v. THE DEPARTMENT OF LICENSING,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-34171-2, John P. Erlick, J., entered Febru-
ary 7, 2012. *Reversed* and *remanded* by unpublished per
curiam opinion.